An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY EUGENE MARTINEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64968

**FILED**

SEP 18 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of burglary. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant Anthony Eugene Martinez contends that the district court erred by denying his presentence motion to withdraw his guilty plea. Martinez fails to explain how the district court erred and offers no argument in support of his contention. Accordingly, we decline to consider it, *see Maresca v. State*, 103 Nev. 669, 673, 748 P.2d 3, 6 (1987), and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Douglas Smith, District Judge
        Clark County Public Defender
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31101